UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BENJAMIN RODRIGUEZ                     JURY TRIAL DEMANDED

v.                                              CASE NO.  3:09cv

PRAXIS FINANCIAL SOLUTIONS, INC.

## COMPLAINT

1.  This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2.  This Court has jurisdiction.  15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3.  Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4.  The Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5.  The defendant is a member of a collectors' trade organization, ACA International.

6.  The defendant is a "debt collector" as the term is defined in the FDCPA.

7.  On August 11, 2009, defendant mailed plaintiff its initial communication, and enclosed therewith its Privacy Notice form 22658-660.

8.  In the Privacy Notice, defendant claimed that "we may disclose any of the information we collect to our affiliates and nonaffiliated third parties, as allowed by applicable law or regulation and as indicated below."

9.  Defendant's form included an opt out form for the consumer to send back"To limit the disclosure of information about me to nonaffiliated third parties."

10.	The privacy notice states that if the consumer wishes that defendants not to disclose nonpublic personal information about plaintiff to nonaffiliated third parties, the consumer must so request.  This is a misstatement of the consumer=s rights under 15 U.S.C. ' 1692c, which requires that the consumer grant express permission directly to the debt collector before the debt may be disclosed to anyone other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.

 SECOND COUNT

11. The allegations of the First Count are repeated and realleged.

12.	Within three years prior to the date of this action, Defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the CUTPA, causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

   1.	Award plaintiff such damages as are permitted by law, including compensatory and punitive, including $1,000 statutory damages under the FDCPA.

   2.	Award the plaintiff costs of suit and a reasonable attorney's fee;

   3.	Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

```
                              THE PLAINTIFF
                              BY_____/s/ Joanne S. Faulkner___
                              JOANNE S. FAULKNER ct04137
                                  123 Avon Street
                                  New Haven, CT 06511-2422
                                  (203) 772-0395
                                  faulknerlawoffice@snet.net
```